I, Jose Alvarado
Montgomery County Jail
200 Clark Drive
P.O. Box 432
Fultonville, N.Y. 12072

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 22 2014
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Binghamton

May 13, 2014.

Re. People v: Jose Alvarado         3:12CR 445-002

Dear Honorable Judge
    Thomas J. McAvoy,

           I am writing you this letter in regard to my case and current situation. I was given 20 years sentence. For what I still don't know. I had a paid lawyer who I feel have yet to represent me properly and now all I've been asking for since my day at sentencing is an appeal to be filed on my behalf. And because I no longer have the means of continuing the payments my Attorney says he doesn't have to file my Appeal.
           And this is why I'm bringing this matter to you with hopes that you can aid and assist me or even direct me to be able to have my appeal motion entered on the grounds of "ineffective counsel" as well as my sentence of 20 years being "harsh and excessive". Honorable Judge I greatly appreciate all of the help and

2,

assistance in Regards to this matter at hand. My Attorneys name is Stephen L. Bockmacher, Esq
Thank you for your time and cooperation.

Sincerely Yours
Jose Alvarado
*Jose Alvarado*

Sworn to Michael R Bellamy
on this 15th day of
May 2014.

MICHAEL R. BELLAMY
Notary Public New York State
Commission Expires 12-27-20 1/30/2018
Qualified Montgomery Cty #01BE6138641

Inmate Name: José Alvarado
Montgomery County Jail
200 Clark Drive
P.O. Box 432
Fultonville, NY 12072

ALBANY NY 120

20 MAY 2014 PM 3 L



MONTGOMERY COUNTY JAIL
INDIGENT MAIL

13901279855

The Honorable Judge
Thomas J. McAvoy
15 Henry Street
Binghamton, NY 13901

APPEAL,INTERPRETER/Spanish

# U.S. District Court
## Northern District of New York – Main Office (Syracuse) [LIVE – Version 6.1] (Binghamton)
## CRIMINAL DOCKET FOR CASE #: 3:12–cr–00445–TJM All Defendants

| | |
|---|---|
| Case title: USA v. Masso–Diaz et al | Date Filed: 09/12/2012 |

Assigned to: Senior Judge Thomas J. McAvoy

**Defendant (1)**

| | | |
|---|---|---|
| **Luis Masso–Diaz**<br>*also known as*<br>Wewe | represented by | **Allen Edward Stone , Jr.**<br>Stone, Stone Law Firm<br>P.O. Box 118<br>Vestal, NY 13851–0118<br>607–239–6165<br>Fax: 607–239–6169<br>Email: aestone@stny.rr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=ND.F –– CONSPIRACY TO DISTRIBUTE NARCOTICS<br>(1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Senior Judge Thomas J. McAvoy

**Defendant (2)**

| | | |
|---|---|---|
| **Jose Alvarado**<br>*TERMINATED: 04/02/2014*<br>*also known as*<br>Chewee<br>*TERMINATED: 04/02/2014* | represented by | **Jose Alvarado**<br>Montgomery County Jail<br>200 Clark Drive<br>P.O. Box 432<br>Fultonville, NY 12072<br>PRO SE |
| | | **Gaspar M. Castillo**<br>Office of Gaspar Castillo |

|  |  |
|---|---|
|  | 817 Madison Avenue<br>Albany, NY 12208<br>518–463–0380<br>Fax: 518–427–6720<br>Email: gmcastillojr@Hotmail.com<br>*TERMINATED: 06/03/2013*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**Mark John Loughran**<br>Loughran, Loughran Law Firm<br>89 Court Street<br>Binghamton, NY 13901<br>607–723–2626<br>Fax: 607–723–2611<br>Email: loughranlaw@hotmail.com<br>*TERMINATED: 11/08/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**Stephen L. Rockmacher**<br>Office of Stephen L. Rockmacher<br>740 Union Street<br>Schenectady, NY 12305<br>518–393–7280<br>Fax: 206–333–1686<br>Email: srock@srocklaw.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=ND.F –– CONSPIRACY TO DISTRIBUTE NARCOTICS (1) | Deft committed to BOP custody for a term of imprisonment of 240 months w/ program &facility recommendations made. Supervised Release 10 years. Special Conditions imposed. Special Assessment $100.00 ordered due. No fine and/or add'l costs imposed. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None |  |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None |  |

Assigned to: Senior Judge Thomas J. McAvoy

**Defendant (3)**

represented by

| | |
|---|---|
| **Reynaldo Bones**<br>*TERMINATED: 09/06/2013*<br>*also known as*<br>Javy<br>*TERMINATED: 09/06/2013* | **Albert J. Millus , Jr.**<br>Hinman, Howard Law Firm – Binghamton Office<br>P.O. Box 5250<br>80 Exchange Street<br>700 Security Mutual Building<br>Binghamton, NY 13902–5250<br>607–723–5341<br>Fax: 607–723–6605<br>Email: amillus@hhk.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=ND.F –– CONSPIRACY TO DISTRIBUTE NARCOTICS<br>(1) | Deft committed to BOP custody for a term of imprisonment of 135 months w/ such sentence to run concurrently w/ NYS sentence; and, w/ program &placement recommendations made. Supervised Release 5 years. Special Conditions imposed. Special Assessment $100.00 ordered due. No fine and/or add'l costs imposed. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Senior Judge Thomas J. McAvoy

**Defendant (4)**

| | | |
|---|---|---|
| **Victor Texidor**<br>*TERMINATED: 04/29/2014*<br>*also known as*<br>Machito<br>*TERMINATED: 04/29/2014* | represented by | **Lori Ann Roueche**<br>Office of Lori Ann Roueche<br>P.O. Box 2504<br>34 Chenango Street, Suite 401<br>Binghamton, NY 13902<br>607–722–9561<br>Fax: 607–722–9561<br>Email: arrested.defense@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=ND.F –– CONSPIRACY TO DISTRIBUTE NARCOTICS<br>(1) | Deft committed to BOP custody for a term of imprisonment of 60 months w/ such sentence to begin today &to run concurrently w/ any NYS sentence. Program &facility placement recommendations made. Supervised Release 5 years. |

Special Conditions imposed. Special Assessment $100.00 ordered due. No fine and/or add'l costs imposed.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**      **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**      **Disposition**

None

---

Assigned to: Senior Judge Thomas J. McAvoy

**Defendant (5)**

**Jose Alicea**          represented by  **Robert G. Wells**
*TERMINATED: 04/28/2014*                Office of Robert G. Wells
*also known as*                         120 East Washington Street
Papo                                    825 University Building
*TERMINATED: 04/28/2014*                Syracuse, NY 13202
                                        315–472–4489
                                        Fax: 315–472–1456
                                        Email: dfndr@hotmail.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*
                                        Designation: CJA Appointment

**Pending Counts**      **Disposition**

21:846=ND.F –– CONSPIRACY TO DISTRIBUTE NARCOTICS (1) | Deft committed to BOP custody for a term of imprisonment of 151 months w/ program &facility placement recommendations made. Supervised Release 5 years. Special Conditions imposed. Special Assessment $100.00 ordered due. No fine and/or add'l costs imposed.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**      **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**      **Disposition**

None

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Miroslav Lovric**<br>Office of United States Attorney –<br>Binghamton<br>15 Henry Street<br>319 Federal Building<br>Binghamton, NY 13901<br>607–773–2887<br>Fax: 607–773–2901<br>Email: miro.lovric@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/12/2012 | 1 | INDICTMENT as to Luis Masso–Diaz (1) count(s) 1, Jose Alvarado (2) count(s) 1, Reynaldo Bones (3) count(s) 1, Victor Texidor (4) count(s) 1, Jose Alicea (5) count(s) 1. (amt) Unsealed on 9/13/2012 (sal, ). (Entered: 09/12/2012) |
| 09/12/2012 | 2 | GOVT'S APPLICATION/MOTION to Seal Case by USA as to Sealed Defendant #1, Sealed Defendant #2, Sealed Defendant #3, Sealed Defendant #4, Sealed Defendant #5. (amt) (Entered: 09/12/2012) |
| 09/12/2012 | 3 | ORDER granting Govt's 2 Motion to Seal Case. Signed by Magistrate Judge David E. Peebles on 9/12/2012. (Attachments: # 1 Public Sealing Order) (amt) (Entered: 09/12/2012) |
| 09/12/2012 | | Minute Entry for proceedings held before Magistrate Judge David E. Peebles; App: M. Lovric, AUSA, for Govt; Court Reporter: T. Kelly; GRAND JURY makes a partial report and returns Indictment. Special Requests are GRANTED. Tally Sheet is ordered sealed. (amt) (Entered: 09/12/2012) |
| 09/13/2012 | 4 | Order to Unseal Case as to Luis Masso–Diaz (1), Jose Alvarado (2), Reynaldo Bones (3), Victor Texidor (4), Jose Alicea (5). Signed by Magistrate Judge David E. Peebles on 9/13/12. (sal, ) (Entered: 09/13/2012) |
| 09/13/2012 | | Minute Entry: INITIAL APPEARANCES as to Luis Masso–Diaz (01), Reynaldo Bones (03) &Victor Texidor (04) held 9/13/2012 bef Magistrate Judge David E. Peebles in Binghamton, NY: APP: AUSA Miroslav Lovric for Govt; No appearance by counsel for Defts; CR: V. Theleman; CRD/cml. Defts present in open court w/out counsel. Each deft had been provided a copy of Indictment by Court Clerk. Court advises each deft their constitutional rights re: pending charges. Each deft hands up financial affidavits; Court makes findings that each deft qualifies for CJA counsel and appoints: 1) Allen Edward Stone, Jr., Esq. to represent Deft Masso–Diaz (01); and, 2) Albert J. Millus, Jr., Esq. to represent Deft Bones (03); and 3) Lori Ann Roueche, Esq. to represent Deft Texidor (04). Govt moves for detention based upon flight risk &dangerousness to the community – GRANTED. DEFTS' ARRAIGNMENTS &DETENTION HEARINGS are set for 9/18/2012 at 1:00 PM in SYRACUSE, NY before Magistrate Judge David E. Peebles. Defts are remanded to USM. (cml ) [ 1:39p – 1:45p ] (Entered: 09/13/2012) |
| 09/13/2012 | | ALVARDO (02) – Minute Entry: INITIAL APPEARANCE / ARRAIGNMENT as to Jose Alvarado (2) held 9/13/2012 bef Magistrate Judge David E. Peebles in Binghamton, NY: APP: AUSA Miroslav Lovric for Govt; Mark Loughran, Esq. for Deft; CR: V. Theleman; CRD/cml. Deft present in open court w/ counsel. Financial affidavit submitted to Court for review; deft found eligible for CJA counsel &Court appts Mark John Loughran, Esq. Deft waives reading of Indictment w/ prior convictions allegation &enters NOT GUILTY plea on single count Indictment. Govt moves for detention based upon flight risk &dangerousness to the community – GRANTED. DETENTION HEARING set for 9/18/2012 at 1:00 PM in SYRACUSE, NY bef Magistrate Judge David E. Peebles. Deft remanded to USM. (cml) [ 1:45p – 1:48p ] (Entered: 09/13/2012) |

| | | |
|---|---|---|
| 09/13/2012 | 5 | NOTICE OF ATTORNEY APPEARANCE: Mark John Loughran appearing for Jose Alvarado (Loughran, Mark) (Entered: 09/13/2012) |
| 09/14/2012 | | Set/Reset Hearings as to Luis Masso–Diaz, Jose Alvarado, Reynaldo Bones, Victor Texidor: Detention Hearings and Arraignments set for 9/18/2012 at 01:00 PM in Syracuse before Magistrate Judge David E. Peebles. (sal, ) (Entered: 09/14/2012) |
| 09/18/2012 | | TEXT Minute Entry for proceedings held before Magistrate Judge David E. Peebles: Detention Hearings and Arraignments as to Luis Masso–Diaz (1) Count 1, Jose Alvarado (2) Count 1, Reynaldo Bones (3) Count 1, and Victor Texidor (4) Count 1 held on 9/18/2012. Copies of the PTS reports are provided to counsel. Each of the defendants waive formal reading of the Indictment and enter a plea of not guilty to the offenses charges. A scheduling order will be issued shortly. Each of the defendants waive their right to a detention hearing reserving their right to request release at a later time. Defendants Masso–Diaz, Alvarado, Bones, and Texidor are remanded to the custody of the USMS. APP: Allen Stone, Esq., Mark Loughran, Esq., Albert Millus, Jr., Esq., and Lori Roueche, Esq.. USPO: Ellen Phillips. (Court Reporter Jodi Hibbard) (sal, ) (Entered: 09/18/2012) |
| 09/18/2012 | 6 | CRIMINAL PRETRIAL SCHEDULING ORDER as to Luis Masso–Diaz, Jose Alvarado, Reynaldo Bones, Victor Texidor. Motions to be filed by 10/16/2012. Jury Trial set for 11/19/2012 at 10:00 AM in Binghamton before Senior Judge Thomas J. McAvoy. Signed by Magistrate Judge David E. Peebles on 9/18/12. (sal, ) (Entered: 09/18/2012) |
| 09/19/2012 | 7 | ORDER Approving Waiver of Detention Hearing as to Luis Masso–Diaz. Signed by Magistrate Judge David E. Peebles on 9/19/12. (sal, ) (Entered: 09/19/2012) |
| 09/19/2012 | 8 | ORDER Approving Waiver of Detention Hearing as to Jose Alvarado. Signed by Magistrate Judge David E. Peebles on 9/19/12. (sal, ) (Entered: 09/19/2012) |
| 09/19/2012 | 9 | ORDER Approving Waiver of Detention Hearing as to Reynaldo Bones. Signed by Magistrate Judge David E. Peebles on 9/19/12. (sal, ) (Entered: 09/19/2012) |
| 09/19/2012 | 10 | ORDER Approving Waiver of Detention Hearing as to Victor Texidor. Signed by Magistrate Judge David E. Peebles on 9/19/12. (sal, ) (Entered: 09/19/2012) |
| 09/19/2012 | | GOVERNMENT MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Luis Masso–Diaz, Jose Alvarado, Reynaldo Bones, Victor Texidor. (amt) (Entered: 09/20/2012) |
| 09/19/2012 | 11 | ORDER granting Government's Motion for Writs of Habeas Corpus ad prosequendum as to Luis Masso–Diaz, Jose Alvarado, Reynaldo Bones, Victor Texidor. WRITS ISSUED. Signed by Senior Judge Thomas J. McAvoy on 9/19/2012. (amt) (Entered: 09/20/2012) |
| 09/24/2012 | 12 | NOTICE OF ATTORNEY APPEARANCE: Allen Edward Stone, Jr appearing for Luis Masso–Diaz (Stone, Allen) (Entered: 09/24/2012) |
| 10/04/2012 | | Attorney update in case as to Jose Alicea. Robert Wells, Esq. added as CJA counsel. (sal, ) (Entered: 10/04/2012) |
| 10/04/2012 | | TEXT Minute Entry for proceedings held by video (SYR 12th FL–BING) before Magistrate Judge David E. Peebles: Initial Appearance and Arraignment as to Jose Alicea (5) Count 1 held on 10/4/2012. The Deft. does not object to having this proceeding held by video. A copy of the Indictment is provided to the Deft.. The Deft. is advised of his rights. Maximum penalty of charges is stated. Financial Affidavit is reviewed and Judge finds the Deft. eligible for appointment of counsel. Judge appoints Robert Wells, Esq. as CJA counsel. The Deft. waives formal reading of the Indictment and enters a plea of not guilty to the offenses charged. An amended scheduling order will be issued shortly. The Gov't. moves for detention of the Deft.. A detention hearing is set for 10/10/12 at 1:00 PM in Syracuse before Magistrate Judge Peebles. The Deft. is remanded to the custody of the USMS. APP: Miroslav Lovric, AUSA, Robert Wells, Esq.. (FTR Recorded 12th FL SYR VC). (sal, ) (Entered: 10/04/2012) |
| 10/04/2012 | | Set/Reset Hearings as to Jose Alicea: Detention Hearing set for 10/10/2012 at 1:00 PM in Syracuse before Magistrate Judge David E. Peebles. (sal, ) (Entered: |

| | | |
|---|---|---|
| | | 10/04/2012) |
| 10/04/2012 | 13 | AMENDED CRIMINAL PRETRIAL SCHEDULING ORDER as to Luis Masso–Diaz, Jose Alvarado, Reynaldo Bones, Victor Texidor, Jose Alicea. Motions to be filed by 11/1/2012. Jury Trial set for 12/3/2012 at 10:00 AM in Binghamton before Senior Judge Thomas J. McAvoy. Signed by Magistrate Judge David E. Peebles on 10/4/12. (sal, ) (Entered: 10/04/2012) |
| 10/05/2012 | 14 | Warrant Arrest Returned Executed on 10/4/2012, in case as to Jose Alicea (amt) (Entered: 10/05/2012) |
| 10/08/2012 | 15 | DISCOVERY DISCLOSURE STATEMENT as to Luis Masso–Diaz, Jose Alvarado, Reynaldo Bones, Victor Texidor, Jose Alicea (Lovric, Miroslav) (Entered: 10/08/2012) |
| 10/10/2012 | | TEXT Minute Entry for proceedings held before Magistrate Judge David E. Peebles: Detention Hearing as to Jose Alicea held on 10/10/2012. PTS report is provided to counsel, which recommends that the defendant be detained pending trial. Defendant's counsel requests that the defendant be moved to a closer facility, since the one he is currently being housed at is a significant distance away from counsel's law office. Judge requests that the USMS move the defendant to a closer facility, however, he cannot order that agency to accomplish this. Judge explains to counsel and the defendant the issues involved as to where the defendant is housed. The defendant waives his right to a detention hearing at this time. The defendant is remanded to the custody of the USMS. APP: Robert Wells, Esq., Miroslav Lovric, AUSA, USPO: Ellen Phillips (appearing for Mike Pierce). (Court Reporter: Diane Martens) (sal, ) (Entered: 10/10/2012) |
| 10/10/2012 | 16 | ORDER Approving Waiver of Detention Hearing as to Jose Alicea. Signed by Magistrate Judge David E. Peebles on 10/10/12. (sal, ) (Entered: 10/10/2012) |
| 10/19/2012 | 17 | SEALED DOCUMENT – maintained in Clerk's Office and not available for electronic viewing (amt) (Entered: 10/22/2012) |
| 10/22/2012 | 18 | DISCOVERY DISCLOSURE STATEMENT as to Luis Masso–Diaz, Jose Alvarado, Reynaldo Bones, Victor Texidor, Jose Alicea (Lovric, Miroslav) (Entered: 10/22/2012) |
| 10/31/2012 | 19 | ALVARADO (02) – SEALED DOCUMENT – Defense Letter Request dtd 10/30/12 – maintained in Clerk's Office &not available for electronic viewing (cml) (Entered: 11/01/2012) |
| 11/01/2012 | | ALVARADO (02) – ORAL ORDER as to Jose Alvarado GRANTING the sealing of 19 defense document; Authorized on 11/01/2012 by Sr. District Judge Thomas J. McAvoy (cml) (Entered: 11/01/2012) |
| 11/01/2012 | | ALVARADO (02) – TEXT ONLY NOTICE as to Jose Alvarado setting IN–PERSON ATTORNEY REPRESENTATION HEARING for 11/08/2012 at 1:00 PM in BINGHAMTON, NY bef Sr. District Judge Thomas J. McAvoy (cml) (Entered: 11/01/2012) |
| 11/05/2012 | 20 | STIPULATION &ORDER TO CONTINUE under Ends/Justice as to Luis Masso–Diaz, Reynaldo Bones, Victor Texidor &Jose Alicea excluding 90 days from date/order up to &including 1/30/2013; and, resetting MOTION FILING DDL to 1/30/13 w/ motions t/b/m returnable at 3/22/13 Binghamton Motion Calendar; and, resetting JURY TRIAL for 2/19/2013 at 10:00 AM in BINGHAMTON, NY bef Sr. Judge Thomas J. McAvoy; Signed by Sr. District Judge Thomas J. McAvoy dtd 11/02/2012 (cml) (Entered: 11/05/2012) |
| 11/08/2012 | | ALVARADO (02) – Minute Entry: ATTORNEY REPRESENTATION HEARING as to Jose Alvarado held 11/08/2012 bef Sr. District Judge Thomas J. McAvoy in Binghamton, NY: APP: AUSA Miroslav Lovric for Govt; Mark Loughran, Esq. for Deft; CR: V. Theleman; CRD/cml. Deft present in open court w/ counsel. Judge discusses defense 19 letter request re: dismissing Atty Loughran as deft's atty/record – GRANTED; Atty Mark John Loughran terminated as counsel/record. Deft requested if possible to have Atty Vincent Accardi appointed. Deft advised that Atty Accardi is no longer a member of NDNY CJA panel, however, Court will make efforts to secure Atty Accardi. Deft also requested the |

| | | |
|---|---|---|
| | | use of a Spanish interpreter – GRANTED. Deft remanded to USM. (cml) [ 1:03p – 1:18p ] (Entered: 11/08/2012) |
| 11/29/2012 | 21 | ALVARADO (02) – CJA 7 ORDER terminating appt of Mark Loughran, Esq. as CJA counsel for Jose Alvarado; Signed by Sr. District Judge Thomas J. McAvoy dtd 11/29/2012 (cml) (Entered: 11/29/2012) |
| 11/29/2012 | | ALVARADO (02) – Issued CJA 20 voucher appting Gaspar M. Castillo, Esq. as substitute CJA counsel for Deft Jose Alvarado. Refer to the Court's website: http://www.nynd.uscourts.gov/cja.cfm for comprehensive information relating to court appointed representation; Issued by CRD C. M. Ligas dtd 11/29/2012 (cml) (Entered: 11/29/2012) |
| 11/30/2012 | 22 | DISCOVERY DISCLOSURE STATEMENT as to Luis Masso–Diaz, Jose Alvarado, Reynaldo Bones, Victor Texidor, Jose Alicea (Lovric, Miroslav) (Entered: 11/30/2012) |
| 02/04/2013 | 23 | STIPULATION &ORDER TO CONTINUE under Ends/Justice as to Luis Masso–Diaz, Jose Alvarado, Reynaldo Bones, Victor Texidor &Jose Alicea excluding 90 days from date/order up to &including 5/01/2013; and, resetting MOTION FILING DDL to 5/01/13 w/ motions t/b/m returnable at 6/28/13 Binghamton Motion Calendar; and, resetting JURY TRIAL for 5/28/2013 at 10:00 AM in BINGHAMTON, NY bef Sr. Judge Thomas J. McAvoy; Signed by Sr. District Judge Thomas J. McAvoy dtd 2/01/2013 (cml) (Entered: 02/07/2013) |
| 02/15/2013 | | TEXIDOR (04) – TEXT ONLY NOTICE as to Victor Texidor setting IN–PERSON CHANGE OF PLEA HEARING for 2/20/2013 at 9:30 AM in BINGHAMTON, NY bef Sr. District Judge Thomas J. McAvoy (cml) (Entered: 02/15/2013) |
| 02/20/2013 | 24 | TEXIDOR (04) – PLEA AGREEMENT as to Victor Texidor (cml) (Entered: 02/20/2013) |
| 02/20/2013 | | TEXIDOR (04) – Minute Entry: CHANGE OF PLEA HEARING as to Victor Texidor held 2/20/2013 bef Sr. District Judge Thomas J. McAvoy in Binghamton, NY: APP: AUSA Miroslav Lovric for Govt; Lori Roueche, Esq. for Deft; CR: V. Theleman; CRD/cml. Deft present in open court w/ counsel. Deft changes plea to GUILTY to ct 1 of Indictment; Court accepts plea. PSR ordered. SENTENCING s/f 6/20/2013 at 9:30 AM in Binghamton, NY. Deft remanded to USM. (cml) [ 9:30a – 9:55a ] (Entered: 02/20/2013) |
| 02/20/2013 | 25 | TEXIDOR (04) – GUIDELINE ORDER as to Victor Texidor setting SENTENCING for 6/20/2013 at 9:30 AM in BINGHAMTON, NY bef Sr. Judge Thomas J. McAvoy. Govt &Defense Sentencing Memos due 5/30/2013; Signed by Sr. District Judge Thomas J. McAvoy dtd 2/20/2013 (cml) (Entered: 02/20/2013) |
| 03/04/2013 | | ALICEA (05) – TEXT ONLY NOTICE as to Jose Alicea setting IN–PERSON CHANGE OF PLEA HEARING for 3/08/2013 at 10:30 AM in BINGHAMTON, NY bef Sr. District Judge Thomas J. McAvoy (cml) (Entered: 03/04/2013) |
| 03/08/2013 | 26 | ALICEA (05) – PLEA AGREEMENT as to Jose Alicea (cml) (Entered: 03/08/2013) |
| 03/08/2013 | | ALICEA (05) – Minute Entry: CHANGE OF PLEA HEARING as to Jose Alicea held 3/08/2013 bef Sr. District Judge Thomas J. McAvoy in Binghamton, NY: APP: AUSA Miroslav Lovric for Govt; Robert Wells, Esq. for Deft; CR: V. Theleman; CRD/cml. Deft present in open court w/ counsel. Deft changes plea to GUILTY to single count Indictment; Court accepts plea. PSR ordered. SENTENCING s/f 7/17/13 at 9:30 AM in Binghamton, NY. Deft remanded to USM. (cml) [ 10:03a – 10:29a ] (Entered: 03/08/2013) |
| 03/08/2013 | 27 | ALICEA (05) – GUIDELINE ORDER as to Jose Alicea setting SENTENCING for 7/17/2013 at 9:30 AM in BINGHAMTON, NY bef Sr. Judge Thomas J. McAvoy. Govt &Defense Sentencing Memos due 6/26/2013; Signed by Sr. District Judge Thomas J. McAvoy dtd 3/08/2013 (cml) (Entered: 03/08/2013) |
| 03/12/2013 | 28 | Arrest Warrant Returned Executed on 9/13/2012 in case as to Luis Masso–Diaz. (lah) (Entered: 03/13/2013) |

| | | |
|---|---|---|
| 03/15/2013 | | MASSO–DIAZ (01) – TEXT ONLY NOTICE as to Luis Masso–Diaz setting IN–PERSON CHANGE OF PLEA HEARING for 3/28/2013 at 9:30 AM in BINGHAMTON, NY bef Sr. District Judge Thomas J. McAvoy (cml) (Entered: 03/15/2013) |
| 03/28/2013 | 29 | MASSO–DIAZ (01) – PLEA AGREEMENT as to Luis Masso–Diaz (cml) (Entered: 03/28/2013) |
| 03/28/2013 | | MASSO–DIAZ (01) – Minute Entry: CHANGE OF PLEA HEARING as to Luis Masso–Diaz held 3/28/2013 bef Sr. District Judge Thomas J. McAvoy in Binghamton, NY: APP: AUSA Miroslav Lovric for Govt; Allen Stone, Esq. for Deft; CR: V. Theleman; CRD/cml. Deft present in open court w/ counsel. Deft changes plea to GUILTY to single ct Indictment; Court accepts plea. PSR ordered. SENTENCING s/f 7/25/13 at 9:30 AM in Binghamton, NY. Deft remanded to USM. (cml) [ 9:30a – 9:54a] (Entered: 03/28/2013) |
| 03/28/2013 | 30 | MASSO–DIAZ (01) – GUIDELINE ORDER as to Luis Masso–Diaz setting SENTENCING for 7/25/2013 at 9:30 AM in BINGHAMTON, NY bef Sr. Judge Thomas J. McAvoy. Govt &Defense Sentencing Memos due 7/05/2013; Signed by Sr. District Judge Thomas J. McAvoy dtd 3/28/2013 (cml) (Entered: 03/28/2013) |
| 04/12/2013 | | BONES (03) – TEXT ONLY NOTICE as to Reynaldo Bones setting VIDEO–CONFERENCE CHANGE OF PLEA HEARING for 4/17/2013 at 11:00 AM in ALBANY, NY bef Sr. District Judge Thomas J. McAvoy w/ parties present in BINGHAMTON, NY (cml) (Entered: 04/12/2013) |
| 04/17/2013 | 31 | BONES (03) – PLEA AGREEMENT as to Reynaldo Bones (cml) (Entered: 04/17/2013) |
| 04/17/2013 | | BONES (03) – Minute Entry: VIDEO–CONFERENCE CHANGE OF PLEA HEARING as to Reynaldo Bones held 4/17/2013 bef Sr. District Judge Thomas J. McAvoy in Albany, NY (w/ Binghamton, NY): APP: AUSA Miroslav Lovric for Govt; Albert Millus, Esq. for Deft; CR: B. Buckley; CRD/cml. Deft present in open court w/counsel. Deft changes plea to GUILTY to single ct Indictment; Court accepts plea. PSR ordered. SENTENCING s/f 9/05/13 at 9:30 AM in Binghamton, NY. Deft remanded to USM. (cml) [ 11:30a – 11:50a ] (Entered: 04/17/2013) |
| 04/17/2013 | 32 | BONES (03) – GUIDELINE ORDER as to Reynaldo Bones setting SENTENCING for 9/05/2013 at 9:30 AM in BINGHAMTON, NY bef Sr. Judge Thomas J. McAvoy. Govt &Defense Sentencing Memos due 8/15/2013; Signed by Sr. District Judge Thomas J. McAvoy dtd 4/17/2013 (cml) (Entered: 04/17/2013) |
| 04/23/2013 | 33 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Jose Alvarado (Lovric, Miroslav) (Entered: 04/23/2013) |
| 05/03/2013 | 34 | NOTICE OF ATTORNEY APPEARANCE: Stephen L. Rockmacher appearing for Jose Alvarado (Rockmacher, Stephen) (Entered: 05/03/2013) |
| 05/07/2013 | 35 | PRESENTENCE INVESTIGATION REPORT – INITIAL DISCLOSURE [LODGED] as to Victor Texidor. The Presentence Investigation Report in this matter is now available for review. Any objections to the report shall be served on the Probation Office within 14 days of this notice, by mailing a hard copy to the Probation Officer. Please contact the probation officer who prepared the report if you have any questions.**[This document has been electronically lodged with the Court and is viewable by ONLY the attorney for the government, the attorney for the defendant, and the presiding judge. It is not a filed document, therefore is not available for public inspection. Any further distribution or dissemination is prohibited.]** (dct, ) (Entered: 05/07/2013) |
| 05/08/2013 | 36 | ALVARADO (02) – STIPULATION &ORDER TO CONTINUE under Ends/Justice as to Jose Alvarado excluding 90 days from date/order up to &including 8/01/13; and, resetting MOTION FILING DDL to 7/19/13 w/ motions t/b made returnable at 8/23/13 Binghamton Motion Calendar; and, resetting JURY TRIAL for 9/03/2013 at 11:00 AM in BINGHAMTON, NY bef Sr. Judge Thomas J. McAvoy; Signed by Sr. District Judge Thomas J. McAvoy dtd 5/04/2013 (cml) (Entered: 05/09/2013) |

| | | |
|---|---|---|
| 05/29/2013 | 37 | Letter from USA as to Victor Texidor requesting Adjournment of Texidor sentencing (Lovric, Miroslav) (Entered: 05/29/2013) |
| 06/03/2013 | 38 | ALVARADO (02) – CJA 7 Order Terminating Appointment of CJA Counsel Gaspar M. Castillo, Esq. as to deft Jose Alvarado; Signed by Sr. District Judge Thomas J. McAvoy dtd 5/04/2013 (cml) (Entered: 06/03/2013) |
| 06/04/2013 | | TEXIDOR (04) – TEXT ONLY NOTICE as to Victor Texidor resetting SENTENCING for 10/29/2013 at 9:30 AM in BINGHAMTON, NY bef Sr. District Judge Thomas J. McAvoy. Govt &Defense Sentencing Memos due by 10/08/2013. (cml) (Entered: 06/04/2013) |
| 06/18/2013 | 39 | PRESENTENCE INVESTIGATION REPORT – FINAL DISCLOSURE [LODGED] as to Victor Texidor. The final version of the Presentence Investigation Report, including all revisions and the most recent Addendum is now available for review. This version of the report will be used by the Court at the time of sentencing. **[This document has been electronically lodged with the Court and is viewable by ONLY the attorney for the government, the attorney for the defendant, and the presiding judge. Any further distribution or dissemination is prohibited.]** (dct, ) (Entered: 06/18/2013) |
| 06/25/2013 | 40 | PRESENTENCE INVESTIGATION REPORT – INITIAL DISCLOSURE [LODGED] as to Luis Masso–Diaz. The Presentence Investigation Report in this matter is now available for review. Any objections to the report shall be served on the Probation Office within 14 days of this notice, by mailing a hard copy to the Probation Officer. Please contact the probation officer who prepared the report if you have any questions.**[This document has been electronically lodged with the Court and is viewable by ONLY the attorney for the government, the attorney for the defendant, and the presiding judge. It is not a filed document, therefore is not available for public inspection. Any further distribution or dissemination is prohibited.]** (dct, ) (Entered: 06/25/2013) |
| 06/25/2013 | 41 | Letter from USA as to Jose Alicea requesting Adjournment of sentencing as to Alicea (Lovric, Miroslav) (Entered: 06/25/2013) |
| 07/01/2013 | 42 | ALICEA (05) – TEXT ONLY ORDER as to Jose Alicea GRANTING Govt's 41 Letter Request &resetting SENTENCING for 10/30/2013 at 9:30 AM in BINGHAMTON, NY bef Sr. Judge Thomas J. McAvoy. Govt &Defense Sentencing Memos due by 10/09/2013; Authorized on 7/01/2013 by Sr. District Judge Thomas J. McAvoy (cml) (Entered: 07/01/2013) |
| 07/07/2013 | 43 | Letter from USA as to Luis Masso–Diaz requesting Adjournment of sentencing for Luis Masso–Diaz (Lovric, Miroslav) (Entered: 07/07/2013) |
| 07/08/2013 | 44 | MASSO–DIAZ (01) – TEXT ONLY ORDER as to Luis Masso–Diaz GRANTING Govt's 43 letter request &resetting SENTENCING for 11/18/2013 at 9:30 AM in BINGHAMTON, NY before this court. Govt &Defense Sentencing Memos due by 10/28/2013; Authorized on 7/08/2013 by Sr. District Judge Thomas J. McAvoy (cml) (Entered: 07/08/2013) |
| 07/22/2013 | 45 | PRESENTENCE INVESTIGATION REPORT – INITIAL DISCLOSURE [LODGED] as to Reynaldo Bones. The Presentence Investigation Report in this matter is now available for review. Any objections to the report shall be served on the Probation Office within 14 days of this notice, by mailing a hard copy to the Probation Officer. Please contact the probation officer who prepared the report if you have any questions.**[This document has been electronically lodged with the Court and is viewable by ONLY the attorney for the government, the attorney for the defendant, and the presiding judge. It is not a filed document, therefore is not available for public inspection. Any further distribution or dissemination is prohibited.]** (mkh, ) (Entered: 07/22/2013) |
| 08/09/2013 | 46 | ALVARADO (02) – STIPULATION &ORDER TO CONTINUE under Ends/Justice as to Jose Alvarado excluding 90 days from date/order up to &including 11/03/13; and, resetting JURY TRIAL for 12/02/2013 at 10:00 AM in BINGHAMTON, NY bef Sr. Judge Thomas J. McAvoy; Signed by Sr. District Judge Thomas J. McAvoy dtd 8/06/2013 (cml) (Entered: 08/09/2013) |

| | | |
|---|---|---|
| 08/15/2013 | 47 | SENTENCING MEMORANDUM by Reynaldo Bones (Millus, Albert) (Entered: 08/15/2013) |
| 08/15/2013 | 48 | Certificate of Service by Reynaldo Bones re 47 Deft. Sentencing Memorandum (Millus, Albert) (Entered: 08/15/2013) |
| 08/15/2013 | 49 | SENTENCING MEMORANDUM by USA as to Reynaldo Bones (Lovric, Miroslav) (Entered: 08/15/2013) |
| 08/22/2013 | 50 | PRESENTENCE INVESTIGATION REPORT – FINAL DISCLOSURE [LODGED] as to Reynaldo Bones. The final version of the Presentence Investigation Report, including all revisions and the most recent Addendum is now available for review. This version of the report will be used by the Court at the time of sentencing. **[This document has been electronically lodged with the Court and is viewable by ONLY the attorney for the government, the attorney for the defendant, and the presiding judge. Any further distribution or dissemination is prohibited.]** (dct, ) (Entered: 08/22/2013) |
| 09/05/2013 | 51 | BONES (03) – Minute Entry: SENTENCING of Reynaldo Bones held 9/05/2013 bef Sr. District Judge Thomas J. McAvoy in Binghamton, NY on single ct Indictment (cml) (Entered: 09/05/2013) |
| 09/06/2013 | 52 | JUDGMENT as to Reynaldo Bones (3), Count(s) 1, Deft committed to BOP custody for a term of imprisonment of 135 months w/ such sentence to run concurrently w/ NYS sentence; and, w/ program &placement recommendations made. Supervised Release 5 years. Special Conditions imposed. Special Assessment $100.00 ordered due. No fine and/or add'l costs imposed. Signed by Senior Judge Thomas J. McAvoy on 9/6/2013. (lah) (Entered: 09/06/2013) |
| 09/06/2013 | | NOTICE as to Reynaldo Bones – Attorneys appointed pursuant to the Criminal Justice Act are reminded that CJA Vouchers are to be submitted no later than 45 days after the final disposition of the case, unless good cause is shown. Refer to the Court's website: http://www.nynd.uscourts.gov/criminal–justice–act for comprehensive information relating to court appointed representation. (lah) (Entered: 09/06/2013) |
| 09/06/2013 | 53 | STATEMENT OF REASONS [LODGED] as to Reynaldo Bones **[This document has been electronically lodged with the Court and is viewable by ONLY the attorney for the government, the attorney for the defendant, and the presiding judge. It is not a filed document, therefore is not available for public inspection. Any further distribution or dissemination is prohibited.]** (drm) (Entered: 09/06/2013) |
| 09/10/2013 | 54 | PRESENTENCE INVESTIGATION REPORT – INITIAL DISCLOSURE [LODGED] as to Jose Alicea. The Presentence Investigation Report in this matter is now available for review. Any objections to the report shall be served on the Probation Office within 14 days of this notice, by mailing a hard copy to the Probation Officer. Please contact the probation officer who prepared the report if you have any questions.**[This document has been electronically lodged with the Court and is viewable by ONLY the attorney for the government, the attorney for the defendant, and the presiding judge. It is not a filed document, therefore is not available for public inspection. Any further distribution or dissemination is prohibited.]** (dct, ) (Entered: 09/10/2013) |
| 09/27/2013 | | ALVARADO (02) – TEXT ONLY NOTICE as to Jose Alvarado setting VIDEO–CONFERENCE CHANGE OF PLEA HEARING for 10/03/2013 at 11:00 AM in BINGHAMTON, NY bef Sr. District Judge Thomas J. McAvoy w/ parties present in ALBANY, NY 5th floor video–conf area (cml) (Entered: 09/27/2013) |
| 10/03/2013 | | ALVARADO (02) – Minute Entry: VIDEO–CONFERENCE CHANGE OF PLEA HEARING as to Jose Alvarado held 10/03/2013 bef Sr. District Judge Thomas J. McAvoy in Binghamton, NY (w/ Albany, NY): APP: AUSA Miroslav Lovric for Govt; Stephen Rockmacher, Esq. for Deft; Wanda Rivera, Spanish interpreter sworn; CR: V. Theleman; CRD/cml. Deft present in open court w/ counsel. Deft changes plea to GUILTY to single ct Indictment w/ 33 enhanced penalty provision; Court accepts plea. PSR ordered. SENTENCING s/f 2/19/2014 at 9:30 AM in Binghamton, NY. Deft remanded to USM. (cml) [ 11:53a – 12:28p ] (Entered: 10/03/2013) |

| | | |
|---|---|---|
| 10/03/2013 | 55 | ALVARADO (02) – GUIDELINE ORDER as to Jose Alvarado setting SENTENCING for 2/19/2014 at 9:30 AM in BINGHAMTON, NY before Sr. Judge Thomas J. McAvoy. Govt &Defense Sentencing Memos due 1/29/2014; Signed by Sr. District Judge Thomas J. McAvoy dtd 10/03/2013 (cml) (Entered: 10/03/2013) |
| 10/03/2013 | 56 | Letter from USA as to Victor Texidor requesting adjournment of sentencing (Lovric, Miroslav) (Entered: 10/03/2013) |
| 10/03/2013 | 57 | Letter from USA as to Jose Alicea requesting adjournment of sentencing (Lovric, Miroslav) (Entered: 10/03/2013) |
| 10/08/2013 | 58 | TEXIDOR (04) – TEXT ONLY ORDER as to Victor Texidor GRANYING Govt's 56 Letter Request &resetting SENTENCING for 4/23/2014 at 9:30 AM in BINGHAMTON, NY before this court. Govt &Defense Sentencing Memos due by 4/02/2014; Authorized on 10/08/2013 by Sr. District Judge Thomas J. McAvoy (cml) (Entered: 10/08/2013) |
| 10/08/2013 | 59 | ALICEA (05) – TEXT ONLY ORDER as to Jose Alicea GRANTING Govt's 57 Letter Request &resetting SENTENCING for 4/24/2014 at 9:30 AM in BINGHAMTON, NY before this court. Govt &Defense Sentencing Memos due by 4/03/2014; Authorized on 10/08/2013 by Sr. District Judge Thomas J. McAvoy (cml) (Entered: 10/08/2013) |
| 10/29/2013 | 60 | Letter from USA as to Luis Masso–Diaz requesting Adjournment of sentencing for defendant Masso–Diaz (Lovric, Miroslav) (Entered: 10/29/2013) |
| 11/05/2013 | 61 | MASSO–DIAZ (01) – TEXT ONLY ORDER as to Luis Masso–Diaz GRANTING Govt's 60 Letter Request &resetting SENTENCING for 3/04/2014 at 9:30 AM in BINGHAMTON, NY before Sr. District Judge Thomas J. McAvoy. Govt &Defense Sentencing Memos due by 2/11/2014; Authorized on 11/04/2013 by Sr. District Judge Thomas J. McAvoy (cml) (Entered: 11/05/2013) |
| 12/27/2013 | 62 | PRESENTENCE INVESTIGATION REPORT – INITIAL DISCLOSURE [LODGED] as to Jose Alvarado. The Presentence Investigation Report in this matter is now available for review. Any objections to the report shall be served on the Probation Office within 14 days of this notice, by mailing a hard copy to the Probation Officer. Please contact the probation officer who prepared the report if you have any questions.**[This document has been electronically lodged with the Court and is viewable by ONLY the attorney for the government, the attorney for the defendant, and the presiding judge. It is not a filed document, therefore is not available for public inspection. Any further distribution or dissemination is prohibited.]** (mkh, ) (Entered: 12/27/2013) |
| 01/23/2014 | 63 | Letter from Counsel for Jose Alvarado as to Jose Alvarado requesting Extension of Time (Rockmacher, Stephen) (Entered: 01/23/2014) |
| 01/23/2014 | 64 | ALVARADO (02) – TEXT ONLY ORDER as to Jose Alvarado GRANTING defense 63 Letter Request &resetting SENTENCING for 3/28/2014 at 11:00 AM in BINGHAMTON, NY. Govt &Defense Sentencing Memos due by 3/07/2014; Authorized on 1/23/2014 by Sr. District Judge Thomas J. McAvoy (cml) (Entered: 01/23/2014) |
| 02/11/2014 | 65 | Letter from USA as to Luis Masso–Diaz requesting adjournment of sentencing for Masso–Diaz until late May of 2014 (Lovric, Miroslav) (Entered: 02/11/2014) |
| 02/11/2014 | 66 | MASSO–DIAZ (01) – TEXT ONLY ORDER as to Luis Masso–Diaz GRANTING Govt 65 Letter Request &resetting SENTENCING for 5/30/2014 at 9:30 AM in Binghamton before Senior Judge Thomas J. McAvoy. Govt &Defense Sentencing Memos due by 5/09/2014; Authorized on 2/11/2014 by Sr. District Judge Thomas J. McAvoy (cml) (Entered: 02/11/2014) |
| 03/07/2014 | 67 | SENTENCING MEMORANDUM by Jose Alvarado (Rockmacher, Stephen) (Entered: 03/07/2014) |
| 03/07/2014 | 68 | SENTENCING MEMORANDUM by USA as to Jose Alvarado (Lovric, Miroslav) (Entered: 03/07/2014) |

| | | |
|---|---|---|
| 03/12/2014 | 69 | PRESENTENCE INVESTIGATION REPORT – FINAL DISCLOSURE [LODGED] as to Jose Alvarado. The final version of the Presentence Investigation Report, including all revisions and the most recent Addendum is now available for review. This version of the report will be used by the Court at the time of sentencing. **[This document has been electronically lodged with the Court and is viewable by ONLY the attorney for the government, the attorney for the defendant, and the presiding judge. Any further distribution or dissemination is prohibited.]** (dct, ) (Entered: 03/12/2014) |
| 03/28/2014 | 70 | ALVARADO (02) – Minute Entry: SENTENCING of Jose Alvarado held 3/28/2014 bef Sr. District Judge Thomas J. McAvoy in Binghamton, NY on single ct Indictment (cml) [ 11:03a – 11:20a ] (Entered: 03/28/2014) |
| 04/02/2014 | 71 | ALVARADO (02) – JUDGMENT as to Jose Alvarado (2) on Count 1 – Deft committed to BOP custody for a term of imprisonment of 240 months w/ drug treatment program &facility placement close to Binghamton, NY area recommendations made. Supervised Release 10 years. Special Conditions imposed. Special Assessment of $100.00 due immediately. No fine and/or add'l costs imposed; Signed by Sr. District Judge Thomas J. McAvoy dtd 4/02/2014 (cml) (Entered: 04/02/2014) |
| 04/02/2014 | 72 | STATEMENT OF REASONS [LODGED] as to Jose Alvarado **[This document has been electronically lodged with the Court and is viewable by ONLY the attorney for the government, the attorney for the defendant, and the presiding judge. It is not a filed document, therefore is not available for public inspection. Any further distribution or dissemination is prohibited.]** (dictplp, ) (Entered: 04/02/2014) |
| 04/02/2014 | 73 | SENTENCING MEMORANDUM by USA as to Victor Texidor (Lovric, Miroslav) (Entered: 04/02/2014) |
| 04/03/2014 | 74 | SENTENCING MEMORANDUM by Victor Texidor (Attachments: # 1 Exhibit(s))(Roueche, Lori) (Entered: 04/03/2014) |
| 04/03/2014 | 75 | Certificate of Service by Victor Texidor re 74 Deft. Sentencing Memorandum (Roueche, Lori) (Entered: 04/03/2014) |
| 04/03/2014 | 76 | First SENTENCING MEMORANDUM by Jose Alicea (Attachments: # 1 Exhibit(s) Certificate of Service)(Wells, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 77 | SENTENCING MEMORANDUM by USA as to Jose Alicea (Lovric, Miroslav) (Entered: 04/03/2014) |
| 04/09/2014 | 78 | PRESENTENCE INVESTIGATION REPORT – FINAL DISCLOSURE [LODGED] as to Jose Alicea. The final version of the Presentence Investigation Report, including all revisions and the most recent Addendum is now available for review. This version of the report will be used by the Court at the time of sentencing. **[This document has been electronically lodged with the Court and is viewable by ONLY the attorney for the government, the attorney for the defendant, and the presiding judge. Any further distribution or dissemination is prohibited.]** (dct, ) (Entered: 04/09/2014) |
| 04/09/2014 | 79 | FINAL PRESENTENCE INVESTIGATION REPORT (AMENDED) [LODGED] as to Victor Texidor. The Presentence Investigation Report and/or Addendum have been AMENDED and supersede any previously submitted versions. This final version includes all revisions and the most recent Addendum, and will be used by the Court at the time of sentencing. **[This document has been electronically lodged with the Court and is viewable by ONLY the attorney for the government, the attorney for the defendant, and the presiding judge. It is not a filed document, therefore is not available for public inspection. Any further distribution or dissemination is prohibited.]** (dct, ) (Entered: 04/09/2014) |
| 04/17/2014 | 80 | Supplemental SENTENCING MEMORANDUM by Victor Texidor (Roueche, Lori) (Entered: 04/17/2014) |
| 04/17/2014 | 81 | Certificate of Service by Victor Texidor re 80 Deft. Sentencing Memorandum *And Request for Adjournment* (Roueche, Lori) (Entered: 04/17/2014) |

| 04/18/2014 | | TEXIDOR (03) – TEXT ONLY NOTICE as to Victor Texidor resetting SENTENCING for 4/28/2014 at 9:30 AM in BINGHAMTON, NY before Sr. District Judge Thomas J. McAvoy (cml) (Entered: 04/18/2014) |
|---|---|---|
| 04/21/2014 | 82 | TEXIDOR (04) – TEXT ONLY ORDER as to Victor Texidor DENYING deft's 80 request to postpone Deft Texidor's sentencing date. Deft's sentencing will remain scheduled for 4/28/14 at 9:30 AM in Binghamton, NY; Authorized on 4/21/2014 by Senior Judge Thomas J. McAvoy (cml) (Entered: 04/21/2014) |
| 04/24/2014 | 83 | ALICEA (05) – Minute Entry: SENTENCING of Jose Alicea held 4/24/2014 bef Sr. District Judge Thomas J. McAvoy in Binghamton on single count Indictment (cml) (Entered: 04/25/2014) |
| 04/28/2014 | 84 | TEXIDOR (04) – Minute Entry: SENTENCING of Victor Texidor held 4/28/2014 bef Sr. District Judge Thomas J. McAvoy in Binghamton, NY on single ct Indictment (cml) (Entered: 04/28/2014) |
| 04/28/2014 | 85 | ALICEA (05) – JUDGMENT as to Jose Alicea on single count of Indictment –– Deft committed to BOP custody for a term of imprisonment of 151 months w/ drug &mental health treatment programs &facility placement close to Binghamton, NY area recommendations made. Supervised Release 5 years. Special Conditions imposed. Special Assessment of $100.00 due immediately. No fine and/or add'l costs imposed; Signed by Sr. District Judge Thomas J. McAvoy dtd 4/28/2014 (cml) (Entered: 04/28/2014) |
| 04/28/2014 | 86 | STATEMENT OF REASONS [LODGED] as to Jose Alicea **[This document has been electronically lodged with the Court and is viewable by ONLY the attorney for the government, the attorney for the defendant, and the presiding judge. It is not a filed document, therefore is not available for public inspection. Any further distribution or dissemination is prohibited.]** (dictcbm ) (Entered: 04/28/2014) |
| 04/28/2014 | | ALICEA (05) – TEXT NOTICE as to Jose Alicea that Attorneys appointed pursuant to the Criminal Justice Act are reminded that CJA Vouchers are to be submitted no later than 45 days after the final disposition of the case, unless good cause is shown. Refer to the Court's website: http://www.nynd.uscourts.gov/criminal–justice–act for comprehensive information relating to court appointed representation. (cml) (Entered: 04/28/2014) |
| 04/29/2014 | 87 | TEXIDOR (04) – JUDGMENT as to Victor Texidor on single ct Indictment –– Deft committed to BOP custody for a term of imprisonment of 60 months w/ such sentence to begin today &to run concurrently w/ any NYS sentence. Drug Treatment &Mental Health Treatment programs &facility placement close to Binghamton, NY area recommendations made. Supervised Release 5 years. Special Conditions imposed. Special Assessment $100.00 due immediately. No fine and/or add'l costs imposed; Signed by Sr. District Judge Thomas J. McAvoy dtd 4/29/2014 (cml) (Entered: 04/29/2014) |
| 04/29/2014 | | TEXIDOR (04) – TEXT NOTICE as to Victor Texidor – Attorneys appointed pursuant to the Criminal Justice Act are reminded that CJA Vouchers are to be submitted no later than 45 days after the final disposition of the case, unless good cause is shown. Refer to the Court's website: http://www.nynd.uscourts.gov/criminal–justice–act for comprehensive information relating to court appointed representation. (cml) (Entered: 04/29/2014) |
| 04/29/2014 | 88 | STATEMENT OF REASONS [LODGED] as to Victor Texidor **[This document has been electronically lodged with the Court and is viewable by ONLY the attorney for the government, the attorney for the defendant, and the presiding judge. It is not a filed document, therefore is not available for public inspection. Any further distribution or dissemination is prohibited.]** (dictplp, ) (Entered: 04/29/2014) |
| 05/02/2014 | 89 | TRANSCRIPT REQUEST by Reynaldo Bones for proceedings held on September 5, 2013 before Judge Hon. Thomas J. McAvoy, Presiding. (Millus, Albert) (Entered: 05/02/2014) |
| 05/09/2014 | 90 | Letter as to Luis Masso–Diaz requesting Extension of time (Stone, Allen) (Entered: 05/09/2014) |

| 05/09/2014 | 91 | MASSO–DIAZ (01) – TEXT ONLY ORDER as to Luis Masso–Diaz GRANTING deft's 90 Letter Request. GOVT &DEFENSE Sentencing Memos due by 5/16/2014; Authorized on 5/09/2014 by Sr. District Judge Thomas J. McAvoy (cml) (Entered: 05/09/2014) |
|---|---|---|
| 05/12/2014 | 92 | SENTENCING MEMORANDUM by USA as to Luis Masso–Diaz (Lovric, Miroslav) (Entered: 05/12/2014) |
| 05/15/2014 | 93 | Letter from Counsel as to Luis Masso–Diaz requesting adjournment (Stone, Allen) (Entered: 05/15/2014) |
| 05/16/2014 | | MASSO–DIAZ (01) – TEXT ONLY NOTICE as to Luis Masso–Diaz resetting SENTENCING for 7/22/2014 at 1:30 PM in BINGHAMTON, NY before Sr. District Judge Thomas J. McAvoy. Defense Sentencing Memo due by 7/01/2014. (cml) (Entered: 05/16/2014) |
| 05/22/2014 | 94 | NOTICE OF APPEAL by Jose Alvarado. Filing fee not paid. (lah) (Entered: 05/23/2014) |
| 05/23/2014 | 95 | ELECTRONIC NOTICE AND CERTIFICATION as to Jose Alvarado sent to U.S. Court of Appeals re 94 Notice of Appeal – Final Judgment (lah) (Entered: 05/23/2014) |